UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DANIEL CHRISTOPHER YOUNG, | No. 2:21-cv-01660 KJM AC |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| STEVEN RICHARD BURLINGHAM, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 3, 2022, plaintiff filed a First Amended Complaint. ECF No. 14. Plaintiff's case was closed on December 15, 2021. ECF No. 13. Plaintiff is advised that documents filed after the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's filing at ECF No. 14 will, accordingly, not be considered.

DATED: January 6, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1